# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 8, 2002

*Before*

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

No. 01-3565

IN RE:

    HIGH FRUCTOSE CORN
    SYRUP ANTITRUST
    LITIGATION,

APPEAL OF:
    CLASS PLAINTIFFS.

Appeal from the United States District
Court for the Central District
of Illinois.

No. 95 C 1477

Michael M. Mihm, *Judge*.

**ORDER**

On page 20 of the slip opinion, issued on June 18, 2002, fifth line from the end of the page, the words "and citric acid" are hereby ordered deleted.